UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-00311-SP | Date | July 30, 2025 |
|---|---|---|---|
| Title | K. Phillip Taylor v. Collision Hero, Inc., et al. | | |

| Present:  The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**  **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute Following Entries of Default**

On February 4, 2025, plaintiff K. Phillip Taylor filed a complaint against defendants Collision Hero Inc. and The Benchmark Group L.L.C.  Plaintiff served defendant The Benchmark Group on February 27, 2027, and served defendant Collision Hero on March 20, 2025.  Docket nos. 7, 10.  Accordingly, defendant The Benchmark Group's answer was due on March 20, 2025, and defendant Collision Hero's answer was due on April 10, 2025.  To date, no defendant has filed an answer to the Complaint.  On March 31 and April 11, 2025, plaintiff requested entries of default against defendants.  Docket nos. 8, 12.  The Clerk of Court entered default against defendant The Benchmark Group on April 2, 2025, and entered default against defendant Collision Hero on April 14, 2025.  Docket nos. 9, 13.  Since then, however, plaintiff has not moved for default judgment against either defendant or taken any other action in this case.

Federal Rule of Civil Procedure 41(b) grants the court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); *see also Wolff v. California*, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  A plaintiff must prosecute their case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976).  Here, it appears plaintiff has not been prosecuting the case with reasonable diligence because plaintiff has not filed a motion for default judgment or taken any other action in the more than three months that has passed since the defaults was entered.

Accordingly, the court, on its own motion, orders that plaintiff, on or before

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-00311-SP | Date | July 30, 2025 |
|---|---|---|---|
| Title | K. Phillip Taylor v. Collision Hero, Inc., et al. | | |

**August 13, 2025**, file a motion for default judgment or show cause in writing as to why plaintiff has not moved for default judgment against defendants.  Failure to comply with this order may result in dismissal of the action.