SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
K. PHILLIP TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. PHILLIP TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COLLISION HERO INC.; THE BENCHMARK GROUP L.L.C.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-00311-SP<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 12, 2025<br>Time: 11:00 a.m.<br>Courtroom: 4, 3rd Floor<br><br>Honorable Judge Sheri Pym |

　　To Defendants COLLISION HERO INC.; THE BENCHMARK GROUP L.L.C.; and the attorneys of record, if any: Please take notice that on September 16, 2025, at 11:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 3470 Twelfth Street, Riverside, California, Plaintiff K. PHILLIP TAYLOR will present Plaintiff's motion for default judgment against Defendants COLLISION HERO INC. and THE BENCHMARK GROUP L.L.C.. The Clerk has previously entered the default on said Defendants on April 14, 2025 (Dkt. #13).

　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants COLLISION HERO INC. and THE BENCHMARK GROUP

L.L.C. are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants COLLISION HERO INC. and THE BENCHMARK GROUP L.L.C. have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,510.00 in attorney's fees, and $670.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 220 N. McArthur Way, Upland, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants COLLISION HERO INC. and THE BENCHMARK GROUP L.L.C. on August 13, 2025, by first class United States Mail, postage prepaid.

Dated:  August 13, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:     */s/ Jason J. Kim*
        Jason J. Kim, Esq.
        Attorneys for Plaintiff